# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**WESLEY HAGGENMAKER on behalf of**
**Rhonda Haggenmaker (Deceased),**

                **Plaintiff,**

**-vs-**                                                   Case No. 6:11-cv-1396-Orl-18KRS

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 41(a)(2 (Doc. No. 20)**
>
> **FILED:** **May 16, 2012**

      Plaintiff Wesley Haggenmaker on behalf of Rhonda Haggenmaker (Deceased) filed a motion to dismiss the complaint pursuant to Fed.R.Civ.P. 41(a)(2). He represents, through counsel, that after review of the administrative record, the Commissioner's decision was supported by substantial evidence.

Therefore, it is **respectfully recommended** that this case be **dismissed** and the Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 17, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy