### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WESLEY HAGGENMAKER on behalf of**
**Rhonda Haggenmaker (Deceased),**

                    **Plaintiff,**

-vs-                                          **Case No.  6:11-cv-1396-Orl-18-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                    **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Motion to Dismiss Complaint Pursuant to Fed.R.Civ.P. 41(a)(2) (Doc. No. 20). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. This case is **DISMISSED** and the Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___21___ day of June, 2012.

                              _____
                              G. KENDALL SHARP
                              Senior United States District Judge

Copies to:

Counsel of Record
Unrepresented Party